UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-mj-1332-T-MAP

RICKY FANN
_____/

## **DETENTION ORDER**

THIS CAUSE is before the Court upon the government's motion to detain the Defendant pursuant to 18 U.S.C. § 3142(f)(1)(C). The Defendant is charged by complaint with controlled substance offenses for which a rebuttable presumption arises that no condition or combination of conditions will reasonably assure his appearance as required and the safety of the community. *See* 18 U.S.C. § 3142(e). At the initial appearance, the Defendant conceded the government's motion; nonetheless, should circumstances warrant, the Defendant may seek reconsideration of this order.

ORDERED:

1. The Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is

confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE and ORDERED, at Tampa, Florida, on May 17, 2016.

/s/ Mark A. Pizzo
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record
United States Marshals Service
Pretrial Services